UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:18-cv-62624

LUCY PINDER and
ARABELLA DRUMMOND,

       Plaintiffs,

v.

STAN, INC. d/b/a THE PLAYHOUSE d/b/a
THE PLAYHOUSE GENTLEMAN'S CLUB,

       Defendant.
_____/

**DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES**

Defendant, STAN, INC. d/b/a THE PLAYHOUSE d/b/a THE PLAYHOUSE GENTLEMAN'S CLUB, by and through the undersigned attorneys, and pursuant to Federal Rules of Civil Procedure Rule 12, files this Answer and Affirmative Defenses in response to the corresponding numbered paragraphs of Plaintiffs' Complaint and states as follows:

**INTRODUCTION**

1. Denies the allegations asserted in paragraph 1.

2. Denies knowledge and information sufficient to form a belief as to the matters alleged in paragraph 2 and respectfully refers all matters of law contained therein to the Court.

3. Denies the allegations asserted in paragraph 3.

4. Denies knowledge and information sufficient to form a belief alleged in paragraph 4 of the Complaint.

5. Denies knowledge and information sufficient to form a belief alleged in paragraph 5 of the Complaint.

6. Denies knowledge and information sufficient to form a belief alleged in paragraph 6 of the Complaint.

7. Denies knowledge and information sufficient to form a belief alleged in paragraph 7 of the Complaint.

8. Denies the allegations asserted in paragraph 8.

9. Denies the allegations asserted in paragraph 9.

10. Denies knowledge and information sufficient to form a belief alleged in paragraph 10 of the Complaint.

11. Denies knowledge and information sufficient to form a belief alleged in paragraph 11 of the Complaint.

12. Denies the allegations asserted in paragraph 12.

13. Denies the allegations asserted in paragraph 13.

### **PARTIES**

14. Denies knowledge and information sufficient to form a belief alleged in paragraph 14 of the Complaint.

15. Denies knowledge and information sufficient to form a belief alleged in paragraph 15 of the Complaint.

16. Denies knowledge and information sufficient to form a belief alleged in paragraph 16 of the Complaint.

17. Admits the allegations asserted in paragraph 17 of the Complaint.

18. Admits the allegations asserted in paragraph 18 of the Complaint.

19. Admits in part the allegations asserted in paragraph 19 of the Complaint, to the extent that Defendants operate a gentleman's club, and denies the remaining allegations asserted in paragraph 19.

20. Admits in part the allegations asserted in paragraph 20 of the Complaint, to the extent that there exists a Facebook page and Instagram account promoting the Defendant's business, however, Defendant denies the remaining allegations asserted in paragraph 20.

21. Denies knowledge and information sufficient to form a belief as to the matters alleged in paragraph 21 and respectfully refers all matters of law contained therein to the Court.

## JURISDICTION AND VENUE

22. Defendant's admit in party, for jurisdictional purposes only, the allegations contained in paragraph 22 to extent that Defendant is registered to conduct business in Florida and maintains a physical location and principle place of business in Florida; however, Defendant denied the remaining allegations asserted in Paragraph 22 of the Complaint.

23. Admits the allegations asserted in paragraph 23 of the Complaint for jurisdictional purposes only.

## FACTUAL BACKGROUND

24. Denies knowledge and information sufficient to form a belief alleged in paragraph 24 of the Complaint.

25. Denies knowledge and information sufficient to form a belief alleged in paragraph 25 of the Complaint.

26. Denies knowledge and information sufficient to form a belief alleged in paragraph 26 of the Complaint.

27. Denies knowledge and information sufficient to form a belief alleged in paragraph 27 of the Complaint.

28. Denies knowledge and information sufficient to form a belief alleged in paragraph 28 of the Complaint.

29. Denies knowledge and information sufficient to form a belief alleged in paragraph 29 of the Complaint.

30. Denies knowledge and information sufficient to form a belief alleged in paragraph 30 of the Complaint.

31. Denies knowledge and information sufficient to form a belief alleged in paragraph 31of the Complaint.

32. Denies knowledge and information sufficient to form a belief alleged in paragraph 32 of the Complaint.

33. Denies knowledge and information sufficient to form a belief alleged in paragraph 33 of the Complaint.

34. Denies the allegations asserted in paragraph 34.

35. Denies knowledge and information sufficient to form a belief alleged in paragraph 35 of the Complaint.

36. Denies knowledge and information sufficient to form a belief alleged in paragraph 36 of the Complaint.

37. Denies the allegations asserted in paragraph 37.

38. Denies knowledge and information sufficient to form a belief alleged in paragraph 38 of the Complaint.

39. Admits the allegations asserted in paragraph 39 of the Complaint.

40. Denies knowledge and information sufficient to form a belief alleged in paragraph 40 of the Complaint.

41. Denies knowledge and information sufficient to form a belief alleged in paragraph 41 of the Complaint.

42. Denies knowledge and information sufficient to form a belief alleged in paragraph 42 of the Complaint.

43. Denies knowledge and information sufficient to form a belief alleged in paragraph 43 of the Complaint.

44. Denies knowledge and information sufficient to form a belief alleged in paragraph 44 of the Complaint.

45. Denies knowledge and information sufficient to form a belief alleged in paragraph 45 of the Complaint.

46. Denies knowledge and information sufficient to form a belief alleged in paragraph 46 of the Complaint.

47. Denies knowledge and information sufficient to form a belief alleged in paragraph 47 of the Complaint.

48. Denies knowledge and information sufficient to form a belief alleged in paragraph 48 of the Complaint.

49. Denies knowledge and information sufficient to form a belief alleged in paragraph 49 of the Complaint.

50. Admits the allegations asserted in paragraph 50 of the Complaint.

51. Denies knowledge and information sufficient to form a belief alleged in paragraph 51 of the Complaint.

52. Denies knowledge and information sufficient to form a belief alleged in paragraph 52 of the Complaint.

53. Denies knowledge and information sufficient to form a belief alleged in paragraph 53 of the Complaint.

54. Denies knowledge and information sufficient to form a belief alleged in paragraph 54 of the Complaint.

55. Denies knowledge and information sufficient to form a belief alleged in paragraph 55 of the Complaint.

56. Denies knowledge and information sufficient to form a belief alleged in paragraph 56 of the Complaint.

## CAUSES OF ACTION

## PINDER COUNT I

57. Denies knowledge and information sufficient to form a belief as to the matters alleged in paragraph 57 and respectfully refers all matters of law contained therein to the Court.

58. Denies knowledge and information sufficient to form a belief alleged in paragraph 58 of the Complaint.

59. Denies knowledge and information sufficient to form a belief alleged in paragraph 59 of the Complaint.

60. Denies the allegations asserted in paragraph 60.

61. Denies the allegations asserted in paragraph 61.

62. Denies the allegations asserted in paragraph 62.

63. Denies the allegations asserted in paragraph 63.

64. Denies knowledge and information sufficient to form a belief as to the matters alleged in paragraph 64 and respectfully refers all matters of law contained therein to the Court.

65. Denies the allegations asserted in paragraph 65.

66. Denies the allegations asserted in paragraph 66.

67. Denies knowledge and information sufficient to form a belief as to the matters alleged in paragraph 67 and respectfully refers all matters of law contained therein to the Court.

68. Denies the allegations asserted in paragraph 68.

69. Denies the allegations asserted in paragraph 69.

70. Denies the allegations asserted in paragraph 70.

71. Denies the allegations asserted in paragraph 71.

72. Denies the allegations asserted in paragraph 72.

## **PINDER COUNT II**

73. Denies knowledge and information sufficient to form a belief as to the matters alleged in paragraph 73 and respectfully refers all matters of law contained therein to the Court.

74. Denies the allegations asserted in paragraph 74.

75. Denies knowledge and information sufficient to form a belief alleged in paragraph 75 of the Complaint.

76. Denies knowledge and information sufficient to form a belief alleged in paragraph 76 of the Complaint.

77. Denies the allegations asserted in paragraph 77.

78. Denies the allegations asserted in paragraph 78.

79. Denies the allegations asserted in paragraph 79.

80. Denies the allegations asserted in paragraph 80.

81. Denies the allegations asserted in paragraph 81.

82. Denies the allegations asserted in paragraph 82.

83. Denies the allegations asserted in paragraph 83.

84. Denies the allegations asserted in paragraph 84.

**PINDER COUNT III**

85. Denies knowledge and information sufficient to form a belief as to the matters alleged in paragraph 85 and respectfully refers all matters of law contained therein to the Court.

86. Denies knowledge and information sufficient to form a belief as to the matters alleged in paragraph 86 and respectfully refers all matters of law contained therein to the Court.

87. Denies the allegations asserted in paragraph 87.

88. Denies knowledge and information sufficient to form a belief alleged in paragraph 88 of the Complaint.

89. Denies knowledge and information sufficient to form a belief alleged in paragraph 89 of the Complaint.

90. Denies knowledge and information sufficient to form a belief alleged in paragraph 90 of the Complaint.

91. Denies the allegations asserted in paragraph 91.

92. Denies the allegations asserted in paragraph 92.

93. Denies the allegations asserted in paragraph 93.

94. Denies the allegations asserted in paragraph 94.

95. Denies the allegations asserted in paragraph 95.

96. Denies the allegations asserted in paragraph 96.

**PINDER COUNT IV**

97. Denies knowledge and information sufficient to form a belief as to the matters alleged in paragraph 97 and respectfully refers all matters of law contained therein to the Court.

98. Denies knowledge and information sufficient to form a belief as to the matters alleged in paragraph 98 and respectfully refers all matters of law contained therein to the Court.

99. Denies knowledge and information sufficient to form a belief alleged in paragraph 99 of the Complaint.

100. Denies the allegations asserted in paragraph 100.

101. Denies the allegations asserted in paragraph 101.

102. Denies the allegations asserted in paragraph 102.

103. Denies the allegations asserted in paragraph 103.

104. Denies the allegations asserted in paragraph 104.

105. Denies the allegations asserted in paragraph 105.

106. Denies the allegations asserted in paragraph 106.

107. Denies the allegations asserted in paragraph 107.

108. Denies the allegations asserted in paragraph 108.

## **PINDER COUNT V**

109. Denies knowledge and information sufficient to form a belief alleged in paragraph 109 of the Complaint.

110. Denies knowledge and information sufficient to form a belief alleged in paragraph 110 of the Complaint.

111. Denies the allegations asserted in paragraph 56.

112. Denies knowledge and information sufficient to form a belief alleged in paragraph 112 of the Complaint.

113. Denies the allegations asserted in paragraph 113.

114. Denies the allegations asserted in paragraph 114.

## PINDER COUNT VI

115. Denies the allegations asserted in paragraph 115.

116. Denies knowledge and information sufficient to form a belief alleged in paragraph 116 of the Complaint.

117. Denies the allegations asserted in paragraph 117.

118. Denies the allegations asserted in paragraph 118.

119. Denies the allegations asserted in paragraph 119.

120. Denies the allegations asserted in paragraph 120.

## DRUMMOND COUNT I

121. Denies knowledge and information sufficient to form a belief as to the matters alleged in paragraph 121 and respectfully refers all matters of law contained therein to the Court.

122. Denies knowledge and information sufficient to form a belief alleged in paragraph 122 of the Complaint.

123. Denies the allegations asserted in paragraph 123.

124. Denies the allegations asserted in paragraph 124.

125. Denies the allegations asserted in paragraph 125.

126. Denies the allegations asserted in paragraph 126.

127. Denies the allegations asserted in paragraph 127.

128. Denies the allegations asserted in paragraph 128.

129. Denies the allegations asserted in paragraph 129.

130. Denies the allegations asserted in paragraph 130.

131. Denies the allegations asserted in paragraph 131.

132. Denies the allegations asserted in paragraph 132.

133. Denies the allegations asserted in paragraph 133.

134. Denies the allegations asserted in paragraph 134.

135. Denies the allegations asserted in paragraph 135.

136. Denies the allegations asserted in paragraph 136.

## DRUMMOND COUNT II

137. Denies knowledge and information sufficient to form a belief as to the matters alleged in paragraph 137 and respectfully refers all matters of law contained therein to the Court.

138. Denies the allegations asserted in paragraph 138.

139. Denies the allegations asserted in paragraph 139.

140. Denies the allegations asserted in paragraph 140.

141. Denies the allegations asserted in paragraph 141.

142. Denies the allegations asserted in paragraph 142.

143. Denies the allegations asserted in paragraph 143.

144. Denies the allegations asserted in paragraph 144.

145. Denies the allegations asserted in paragraph 145.

146. Denies the allegations asserted in paragraph 146.

147. Denies the allegations asserted in paragraph 147.

148. Denies the allegations asserted in paragraph 148.

## DRUMMOND COUNT III

149. Denies knowledge and information sufficient to form a belief as to the matters alleged in paragraph 149 and respectfully refers all matters of law contained therein to the Court.

150. Denies knowledge and information sufficient to form a belief as to the matters alleged in paragraph 150 and respectfully refers all matters of law contained therein to the Court.

151. Denies the allegations asserted in paragraph 151.

152. Denies knowledge and information sufficient to form a belief alleged in paragraph 152 of the Complaint.

153. Denies the allegations asserted in paragraph 153.

154. Denies the allegations asserted in paragraph 154.

155. Denies the allegations asserted in paragraph 155.

156. Denies the allegations asserted in paragraph 156.

157. Denies the allegations asserted in paragraph 157.

158. Denies the allegations asserted in paragraph 158.

159. Denies the allegations asserted in paragraph 159.

160. Denies the allegations asserted in paragraph 160.

## DRUMMOND COUNT IV

161. Denies knowledge and information sufficient to form a belief as to the matters alleged in paragraph 161 and respectfully refers all matters of law contained therein to the Court.

162. Denies knowledge and information sufficient to form a belief as to the matters

|     | |
| --- | --- |
|     | alleged in paragraph 162 and respectfully refers all matters of law contained therein to the Court. |
| 163. | Denies knowledge and information sufficient to form a belief alleged in paragraph 163 of the Complaint. |
| 164. | Denies the allegations asserted in paragraph 164. |
| 165. | Denies the allegations asserted in paragraph 165. |
| 166. | Denies the allegations asserted in paragraph 166. |
| 167. | Denies the allegations asserted in paragraph 167. |
| 168. | Denies the allegations asserted in paragraph 168. |
| 169. | Denies the allegations asserted in paragraph 169. |
| 170. | Denies the allegations asserted in paragraph 170. |
| 171. | Denies the allegations asserted in paragraph 171. |
| 172. | Denies the allegations asserted in paragraph 172. |

## **DRUMMOND COUNT V**

| | |
| --- | --- |
| 173. | Denies knowledge and information sufficient to form a belief alleged in paragraph 173 of the Complaint. |
| 174. | Denies knowledge and information sufficient to form a belief alleged in paragraph 174 of the Complaint. |
| 175. | Denies the allegations asserted in paragraph 175. |
| 176. | Denies the allegations asserted in paragraph 176. |
| 177. | Denies the allegations asserted in paragraph 177. |
| 178. | Denies the allegations asserted in paragraph 178. |

## **DRUMMOND COUNT VI**

179. Denies the allegations asserted in paragraph 179.

180. Denies knowledge and information sufficient to form a belief alleged in paragraph 180 of the Complaint.

181. Denies knowledge and information sufficient to form a belief alleged in paragraph 181 of the Complaint.

182. Denies knowledge and information sufficient to form a belief alleged in Paragraph 182 of the Complaint.

183. Denies knowledge and information sufficient to form a belief alleged in paragraph 183 of the Complaint.

184. Denies knowledge and information sufficient to form a belief alleged in paragraph 184 of the Complaint.

## AFFIRMATIVE DEFENSES

The following Affirmative Defenses are directed to all allegations and counts of the Complaint against Defendant, STAN, INC. d/b/a THE PLAYHOUSE d/b/a THE PLAYHOUSE GENTLEMAN'S CLUB, unless otherwise indicated.

## FIRST AFFIRMATIVE DEFENSE

As to Defendant's first affirmative defense, Plaintiffs fail to state a cause of action under Florida Statute Section 540.08 against Defendant because Plaintiffs fail to present evidence showing a consumer viewing the photographs believed that the persons in the pictures were endorsing a product or service sold by Defendant. Furthermore, they Plaintiffs have failed to plead or allege sufficient ultimate facts upon which a claim for relief can be predicated for unauthorized publication of a name or likeness.

## SECOND AFFIRMATIVE DEFENSE

As to Defendant's second affirmative defense, Plaintiffs are attempting to bring forth an action against Defendant for conversion, however, Plaintiffs' claims fails to state a cause of action or plead sufficient ultimate facts upon which relief can be granted. Conversion under Florida law is the unauthorized act of permanently or indefinitely depriving another of his or her property. Plaintiffs have failed to show Defendant's liability or the damages flowing from the alleged conversion.

### THIRD AFFIRMATIVE DEFENSE

As to Defendant's third affirmative defense, Plaintiffs are attempting to bring forth an action against Defendant for conversion, however, Plaintiffs' claims fails to state a cause of action because Plaintiffs have failed to demonstrate that the Defendant permanently deprived access and rights to the images complained of.

### FOURTH AFFIRMATIVE DEFENSE

As to Defendant's fourth affirmative defense, Plaintiffs merely state legal conclusions without alleging with specificity what products defendant has sold using Plaintiffs' images or likeness. Moreover, Plaintiffs have failed to specify how the sale of such products have affected their ability to engage in their professional careers.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiffs fail to state a cause of action for unjust enrichment because they have failed to allege ultimate facts to show the following: (1) what specific benefits they conferred to the Defendant; (2) that Defendant has actual knowledge of a benefit being conferred; (3) that Defendant voluntarily accepted and retained the benefit; and (4) what inequities exist based on those retained benefits.

### SIXTH AFFIRMATIVE DEFENSE

As to Defendant's sixth affirmative defense, Plaintiffs attempt to claim Defendant made false misrepresentations that Plaintiffs endorsed Defendant's business is overshadowed by Plaintiffs' failure to provide any facts for the Court to examine using the totality of the circumstances standard. Plaintiffs have substantiated the claim that actual damages have been suffered and avoid stating with particularity whether consumers relied on false representation made by Defendant, and if so, what was injurious.

### SEVENTH AFFIRMATIVE DEFENSE

As to Defendant's seventh affirmative defense, Defendant asserts that Plaintiffs' own conduct caused or contributed to the events an circumstances of which they now complaint. As such, Plaintiffs' right to recovery is, therefore, defeated or diminished by reason of said conduct.

### EIGHTH AFFIRMATIVE DEFENSE

As to Defendant's eighth affirmative defense, Plaintiffs allege an employer liability because an employee was negligent and caused the damages in question. Employer liability can only be based on respondent superior and not employer negligence if the alleged acts were committed within the course and scope of employment. Defendant hired an independent individual to obtain the images in question, therefore, Defendant cannot be held liable for an independent contractor's actions.

### RESERVATION OF RIGHTS

Defendant hereby gives notice that they intend to rely on such other defenses and affirmative defenses as might become available or apparent during the course of discovery and, thus, reserve the right to amend this Answer and serve such defenses and otherwise supplement the foregoing Affirmative Defenses.

### DEMAND FOR JURY TRIAL

Defendants demand a trial by jury on all issues so triable as a matter of right.

**WHEREFORE**, Defendant denies that any relief is appropriate or valid, and pray that the Court enter judgment in their favor, and against Plaintiff, along with such other and further relief as the Court may deem just and proper.

Dated on December 14, 2018.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by electronic service via CM/ECF on December 14, 2018 on all counsel or parties on the Service List below.

Respectfully submitted,

**DI PIETRO PARTNERS, LLP**
901 East Las Olas Blvd., Suite 202
Fort Lauderdale, FL 33301
service@ddpalaw.com
Telephone: (954) 712-3070
Facsimile: (954) 337-3824

**DAVID DI PIETRO, ESQ.**
Florida Bar No.: 10370
david@ddpalaw.com
**NICOLE M. MARTELL, ESQ.**
Florida Bar No.: 100172
nicole@ddpalaw.com

**SERVICE LIST**

THE CASAS LAW FIRM, P.C.
Ludmila Khomiak
80 S.W. 8th Street, Suite 2000
Miami, FL 33130
mila@casaslawfirm.com